UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:23-cr-384-MSS-AEP

v.

YUKSEL SENBOL

## UNITED STATES' SECOND NOTICE OF INTENT TO INTRODUCE RECORDS OF A REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Second Notice of Intent to Introduce Records of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6) and 902(11). Specifically, the United States intends to introduce the following records:

- Records provided by Defense Logistics Agency, relating to the Debarment of Onur Simsek. The records to be introduced were provided in discovery at Bates 23246 to 23297. The records certificate is attached hereto as Exhibit 1. These records are necessary to establish that the Defendant's co-conspirator, Onur Simsek, had been debarred from government contracting, which the Defendant knowingly lied about to induce DLA to enter into contracts.

- Records provided by General Services Administration, relating to Yuksel Senbol and Mason Engineering Parts LLC. The records to be introduced were provided in discovery at Bates 22626 to 22959, and are described in the records certificate, which is attached hereto as Exhibit 2. These records are necessary to show the Defendant's control over the account used to

1

fraudulently induce the government to enter into contracts with the Defendant and her co-conspirators, as well as to show her knowledge of false statements made to the government in connection with those contracts.

- Records provided by General Services Administration, relating to login.gov information for the email address masonengineeringparts@gmail.com. The records to be introduced were re-produced as potential trial exhibits in the 8th Discovery Production, in a folder called "SAM," and are described in the records certificate, which is attached hereto as Exhibit 3. These records are necessary to show the Defendant's control over the account used to fraudulently induce the government to enter into contracts with the Defendant and her co-conspirators.

- Emails and associated attachments provided by Twin Services Inc. The records to be introduced were provided in the Second Discovery Production, in a folder entitled "Emails from Twin Services," and have also been identified as potential trial exhibits at Bates 23770 to 24112. The records certificate is attached hereto as Exhibit 4. These records are necessary to show repeated fraudulent representations made by the Defendant and her co-conspirators to secure government contracts.

- Records provided by General Services Administration related to Edebali Makina Kimya Medikal Plastik Otomotive Uretim Sanayi Ve Ticaret Limited Sirketi. The records to be introduced were re-produced as potential trial exhibits in the 8th Discovery Production, in a folder called "SAM." The

records certificate it attached hereto as Exhibit 5. These records are necessary to show the identity of the true manufacturer of the produces that the Defendant was selling to the government, which was a key aspect of the fraud that the Defendant sought to conceal.

- Records provided by Defense Logistics Agency related to DLA Contract SPEA4A721P3032. These records were produced at Bates 23682 to 23734, and a records certificate is attached hereto as Exhibit 6. These records pertain to one of the contracts that the Defendant and her co-conspirators procured, as charged in several counts of the Indictment.

- Records provided by Defense Logistics Agency related to DLA Contract SPEA4A721P3032. These records were identified as anticipated trial exhibits at Bates 23682 to 23734, and a records certificate is attached hereto as Exhibit 6. These records pertain to one of the contracts that the Defendant and her co-conspirators fraudulently procured, as charged in several counts of the Indictment.

- Records provided by Defense Logistics Agency related to DLA Contracts ending in 3481, 4158, 5560, and 1140. These records were identified as anticipated trial exhibits at Bates 24807 to 24901, and a records certificate is attached hereto as Exhibit 7. These records pertain to four of the contracts that the Defendant and her co-conspirators fraudulently procured, as charged in several counts of the Indictment.

- Records provided by Defense Logistics Agency related to documentation

       from the Joint Certification Program for Mason Engineering Parts LLC. The records to be introduced were identified as anticipated trial exhibits at Bates 8409 to 8410, and a records certificate is attached hereto as Exhibit 8. These records contain false statements made by the Defendant to DLA to fraudulently induce DLA to provide access to sensitive military drawings, which the Defendant then conspired to export to Turkey, in violation of federal law.

- Records provided by Defense Logistics Agency related to the DLA systems known as "DIBBS" and "cFolders." These records pertain to the cFolders system, which is the repository of sensitive, export-controlled drawings maintained by DLA. These records were identified as anticipated trial exhibits in a Microsoft Excel document named "DIBBS and cFolders extract for Mason.xlsx," and a records certificate is attached hereto as Exhibit 9. These records will assist the United States in proving that the Defendant's cFolders account and her IP address were used to download export-controlled technical drawings, which were unlawfully exported to Turkey, as charged in Counts 20 to 25 of the Indictment.

    The United States respectfully requests that the Court permit the United States to introduce these records at the beginning of the trial, without the need to call any witness to establish their authenticity. Doing so will greatly increase the efficiency of this trial.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   */s/ Daniel J. Marcet*
        Daniel J. Marcet, AUSA
        Florida Bar No. 0114104
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        E-mail: Daniel.Marcet@usdoj.gov

        Lindsey Schmidt, AUSA
        United States Attorney No. 222
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        E-mail: Lindsey.Schmidt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

                                          */s/ Daniel J. Marcet*
                                          Daniel J. Marcet
                                          Assistant United States Attorney
                                          Florida Bar No. 0114104
                                          400 N. Tampa St., Ste. 3200
                                          Tampa, FL 33602-4798
                                          Telephone: (813) 274-6000
                                          Facsimile: (813) 274-6358
                                          E-mail: Daniel.Marcet@usdoj.gov