UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:23-cr-384-MSS-AEP | DATE: | May 7, 2024 |
|---|---|---|---|
| **HONORABLE MARY S. SCRIVEN** | | **INTERPRETER:** | Musa Gulsoy |
| | | **LANGUAGE:** | Turkish |
| UNITED STATES OF AMERICA<br><br>v.<br><br>YUKSEL SENBOL | | **GOVERNMENT COUNSEL**<br>Daniel Marcet AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Ana Heard |
| **TIME:** 9:34 AM – 11:14 AM | **TOTAL:** 1 hour and 40 minutes | **PROBATION:** | |
| | | **COURTROOM:** | 7A |

**PROCEEDINGS:**   **GUILTY PLEA PROCEEDINGS –**

DEFENDANT SWORN.

Inquiry of Defendant by the Court determined the Defendant to be competent.

Plea of guilty entered as to COUNTS ONE THROUGH TWENTY-FIVE OF THE INDICTMENT.

Such plea is accepted, and Defendant is adjudicated guilty of Count One through Twenty-Five of the Indictment.

Referred to probation for pre-sentence investigation.

Sentencing scheduled for: August 6, 2024, at 9:30AM

Counsel are reminded of the requirement to contact the Courtroom Deputy if the sentencing hearing is anticipated to take longer than thirty (30) minutes.

Sentencing memoranda SHALL BE FILED IN EACH CASE and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

An Order on the additional terms of Defendant's pretrial release will be filed under separate cover.